# United States District Court
# For The Western District of North Carolina
# Statesville Division

JIM MOUA AND MAO YANG,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         5:09CV19

ALEXANDER COUNTY, ET AL,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2012, Memorandum and Order.

                                        Signed: January 26, 2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court