# United States District Court
# For The Western District of North Carolina
# Statesville Division

JIM MOUA AND MAO YANG,

    Plaintiff(s),

vs.

ALEXANDER COUNTY, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:09CV19

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2012, Memorandum and Order.

Signed: January 26, 2012

Frank G. Johns, Clerk
United States District Court